App. Div.]         Second Department, July, 1917.

In the Matter of the Petition of LOUISE BIERSACK, as General Guardian, etc., of FREDERICK W. KRUSE, an Infant, etc.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc. Public Park (East River Park), etc.— Application denied, without prejudice to an application to the Special Term for like relief. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of the Petition of EDWARD J. FLANAGAN to Probate the Last Will and Testament of ELLEN SINGER, Late of the County of Kings, Deceased.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of the Petition of the NEW ENGLAND NATIONAL BANK to Have an Attorney's Lien Determined and Enforced against the Estate of HARRY RANKIN, Deceased.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of ROSE M. PALMER for Admission to the Bar.— Motion denied, without prejudice to a renewal in accordance with the rule. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

J. MILTON HAGY WASTE WORKS, Respondent, v. RICHMOND ROCHESTER, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

GILBERT E. LOPER, Respondent, v. LEWIS NIXON, Appellant.— Motion for reargument granted, and case set down for Wednesday, October 3, 1917. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

DONALD McKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INCORPORATED, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WEEKS, Respondent, v. CABOT WARD, as Commissioner of Parks, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

WILLIAM RANDALL & SONS, INC., Respondent, v. GARFIELD WORSTED MILLS, Appellant.— Motion for reargument denied, with ten dollars costs, and order signed. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

EDWARD WERNER, Plaintiff, v. GEORGE T. KELLY, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

BENJAMIN F. WOODY, Respondent, v. WILLIAM W. BRUSH and Others, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

CHARLES W. H. ARNOLD, as Trustee in Bankruptcy of BRIDGEPORT CONSTRUCTION COMPANY, Respondent, v. WILLIAM H. FRANK and Others, Respondents, and UPPER HUDSON STONE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

WALLACE BEATTY, Individually and as Temporary Administrator, etc.,